■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH BROWN, Appellant.—Case held, decision reserved and matter remitted to Supreme Court, Erie County, for further proceedings, in accordance with the same memorandum as in *People v Williams* (75 AD2d 717). (Appeal from judgment of Erie Supreme Court—felony murder and another charge.) Present—Simons, J. P., Hancock, Jr., Schnepp, Callahan and Witmer, JJ.